IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

BENJAMINE TYRONE ZELLARS,          *

     Plaintiff,                   *

vs.                                *
                                        CASE NO. 3:08-CV-91 (CDL)
CLARKE COUNTY SHERIFF'S DEPT.,     *
Sheriff IRA EDWARDS, JR., et al.,
                             *
     Defendants.
_____    *

## ORDER ON RECOMMENDATION OF UNITED STATES
## MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on October 24, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of November, 2008.

                                              S/Clay D. Land
                                                 CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE