```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION
```

BENJAMINE TYRONE ZELLARS,         *

     Plaintiff                  *

vs.                               *
                                    CASE NO. 3:08-CV-91 (CDL)
Sheriff IRA EDWARDS, JR.,         *

     Defendant                  *

## ORDER ON RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on February 2, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 8th day of March, 2010.

                                             S/Clay D. Land
                                                 CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE